# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

———————————

No. 07-2485

———————————

| | | |
|---|---|---|
| Anry Arzuman, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri |
| | * | |
| Department of Natural Resources, | * | [UNPUBLISHED] |
| State of Missouri; State of Missouri, | * | |
| | * | |
| Appellees. | * | |

———————————

Submitted: March 14, 2008
Filed: April 10, 2008

———————————

Before WOLLMAN, HANSEN, and MELLOY, Circuit Judges.

———————————

PER CURIAM.

In this employment-discrimination action, Anry Arzuman appeals the district court's[1] grant of summary judgment to his former employer, the Missouri Department of Natural Resources. Having engaged in a careful *de novo* review of the record and having thoroughly considered Arzuman's arguments, we agree with the district court

———————————

[1] The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

that there are no genuine issues of material fact and the appellees are entitled to judgment as a matter of law on all three of Arzuman's claims. See Devin v. Schwan's Home Serv., Inc., 491 F.3d 778, 785 (8th Cir. 2007) (standard of review).  Construed in the light most favorable to Arzuman, the summary judgment record is insufficient to establish a prima facie case of disparate treatment, hostile work environment, or retaliation.  See Devin, 491 F.3d at 785-89 (describing the showings required to make out a prima facie case under these three theories of employment discrimination).

Accordingly, we agree with the thorough and well-reasoned opinion of the district court and affirm its judgment.  See 8th Cir. R. 47B.

_____